IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEFFREY STEVEN AKRIGHT,

          Plaintiff,                                  ORDER

   v.

                                                  09-cv-648-bbc

RANDALL HEPP and C.O. FUMOY,

          Defendants.

---

Plaintiff Jeffrey Akright was allowed to proceed on his claims that defendants Randall Hepp and C.O. Fumoy violated his First Amendment rights when they censored his mail. Now before the court is plaintiff's motion to compel discovery, dkt. 32.0

In his motion, plaintiff moves to compel defendant Fumoy to produce her work schedule for February 2010. Fumoy objected that the requested information is not relevant to any issue in this action, which involved mail denied plaintiff on June 11, 2009. Plaintiff states that he needs to know whether she worked on February 15 and February 25, 2010 when similar mail was delivered to another inmate. In her response, Fumoy states that she did not work on either of these dates. Because plaintiff has now been provided the information, he was seeking, his motion to compel will be denied, as will his request for costs.

ORDER

IT IS ORDERED that plaintiff Jeffrey Akright's motion to compel discovery and for costs, dkt. #32, is DENIED.

Entered this 29th day of September, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge