## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFREY STEVEN AKRIGHT,

     Plaintiff,

v.

RANDELL HEPP and APRIL FUMOY,
sued in their individual and official capacities,

     Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 09-cv-648-bbc

---

     This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants Randell Hepp and April Fumoy granting their motion for summary judgment and dismissing this case.

_Peter Oppeneer_

Peter Oppeneer, Clerk of Court

10/25/10

Date