IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JEFFREY STEVEN AKRIGHT,

                Plaintiff,                        ORDER

        v.                          09-cv-648-bbc

RANDELL HEPP and APRIL FUMOY,
sued in their individual and official capacities,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On November 22, 2010, the court issued an order in this case that required plaintiff to pay an initial partial appeal payment of $1.89. Now, plaintiff has written to say that the institution's business office needs an order directing it to take this payment from his release account.

If plaintiff does not have the money to make the initial partial appeal payment in his regular account, he will have to arrange with prison authorities to pay some or all of the assessment from his release account. The only amount plaintiff must pay at this time is the $1.89 initial partial appeal payment. Before prison officials take any portion of that amount from plaintiff's release account, they may first take from plaintiff's regular account whatever

1

amount up to the full amount plaintiff owes. Plaintiff should show a copy of this order to prison officials to insure that they are aware they should send plaintiff's initial partial appeal payment to this court.

ORDER

IT IS ORDERED that plaintiff Jeffrey Akright's initial partial appeal payment of $1.89 may be deducted from his release account as provided herein and submitted to the court not later than December 30, 2010.

Entered this 8th day of December, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge